UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW AARON SIMPSON II,

　　　Plaintiff,　　　　　　　　　　　　　Case No. 23-11734

v.

　　　　　　　　　　　　　　　　　　　　Honorable Nancy G. Edmunds

AUDI OF AMERICA, *et al.*,

　　　Defendants.

_____/

**JUDGMENT**

In accordance with the Court's order accepting and adopting the Magistrate Judge's report and recommendation entered this date,

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: January 9, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 9, 2024, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager